IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ERNESTO LOPEZ VIGO,<br><br>    Plaintiff<br><br>    v.<br><br>MUNICIPALITY OF ARECIBO, et al.,<br><br>    Defendants | CIVIL NO. 06-1073 (JP) |

## **FINAL JUDGMENT**

The parties informed the Court that they settled the instant case and the terms thereof. Therefore the Court **ENTERS JUDGMENT FOR THE PLAINTIFF** for the sum of sixty thousand dollars ($60,000). This Judgment and its payment includes satisfaction of all and every pain and suffering and all kind of damages the plaintiff suffered in the past, may be suffering at present, or may suffer in the future on account of all facts stated in the Complaint or which may be a result of any of those facts stated therein.

The attorneys for the defendants have assured the undersigned judge that the Municipal Assembly will agree to this settlement and consent to it.

This judgment is entered without imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of January, 2007.

                                            s/Jaime Pieras, Jr.
                                              JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE